UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

　　TIMOTHY A MULLIGAN

Case No.:  22-14677VFP

Hearing Date:  9/1/2022

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 6, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 22-14677VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 09/01/2022 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that all necessary 341 Hearing documents must be supplied to the Trustee's office by 9/15/2022 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's attorney; and it is further
- ORDERED, that if the Debtor provides the above requested information, the Confirmation Hearing will be adjourned to 10/6/2022.