| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>    TIMOTHY A MULLIGAN | Order Filed on November 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  22-14677<br><br>Hearing Date:  11/17/2022<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 21, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s): TIMOTHY A MULLIGAN

Case No.: 22-14677VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/17/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/17/2022 of the plan filed on 07/07/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/01/2022 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-14677-VFP

Timothy A Mulligan  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Nov 21, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Timothy A Mulligan, 51 Tooker Avenue, Springfield, NJ 07081-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Committee AmeriHome Mortgage Company  LLC unless in NH, RI, ME or Orleans Parish, LA, then use Federal Home Loan Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
     on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Marie-Ann Greenberg
     magecf@magtrustee.com

Scott C. Pyfer
     on behalf of Debtor Timothy A Mulligan scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

U.S. Trustee

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Nov 21, 2022 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6