SCOTT C. PYFER
PYFER LAW GROUP, LLC
20 COMMERCE DR
SUITE 135
CRANFORD, NJ  07016

Re:   TIMOTHY A MULLIGAN
      51 TOOKER AVENUE
      SPRINGFIELD,  NJ  07081

Atty:   SCOTT C. PYFER
        PYFER LAW GROUP, LLC
        20 COMMERCE DR
        SUITE 135
        CRANFORD, NJ  07016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-14677

**RECEIPTS AS OF 01/13/2023**                                            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/29/2022 | $375.00 | 8615238000 | 09/02/2022 | $375.00 | 8683562000 |
| 11/03/2022 | $375.00 | 8807454000 | | | |

**Total Receipts: $1,125.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,125.00**

**LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023**                          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 46.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CENLAR FSB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CENTER FOR DIGESTIVE DISEASES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | UNITED STATES TREASURY/IRS | PRIORITY | 22,503.02 | 0.00% | 0.00 | 0.00 |
| 0007 | UNITED STATES TREASURY/IRS | UNSECURED | 42,080.87 | 0.00% | 0.00 | 0.00 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 5,159.36 | 0.00% | 0.00 | 0.00 |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 2,456.46 | 0.00% | 0.00 | 0.00 |
| 0010 | JERSEY CENTRAL POWER AND LIGHT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | WELLS FARGO CARD SERVICES | UNSECURED | 1,949.64 | 0.00% | 0.00 | 0.00 |
| 0012 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 649.00 | 0.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | NATIONAL CREDIT ADJUSTERS LLC | UNSECURED | 133.88 | 0.00% | 0.00 | 0.00 |
| 0015 | CENLAR FSB | (NEW) MTG Agree | 14,511.10 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $46.86**
See Summary

**Chapter 13 Case # 22-14677**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,125.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $46.86    =    Funds on Hand: $1,078.14

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.