# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
AmeriHome Mortgage Company, LLC

CASE NO. 22-14677 VFP
CHAPTER 13
Judge: Vincent F. Papalia

In re:

Timothy A Mulligan
               Debtor
Angela Leigh Mulligan
               Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/23/2015

I, _Gina Miner_ employed as _VP Document Execution_ by Cenlar FSB, as Servicer for AmeriHome Mortgage Company, for, hereby certifies the following information:
Recorded on January 20, 2016 in Union County, in Instrument Number 616839
Property Address: <u>51 Tooker Avenue, Springfield NJ 07081.</u>

Mortgage Holder: AmeriHome Mortgage Company, LLC

Mortgagor(s)/ Debtor(s): <u>Timothy A Mulligan, Angela Leigh Mulligan</u>

POST-PETITION PAYMENTS (Petition filed on June 08, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order entered 12/20/2022. | | | - |
| $2,923.93 | 12/01/2022 | | $0.00 | | |
| $2,923.93 | 01/01/2023 | | $0.00 | | |
| $2,728.80 | 02/01/2023 | | $0.00 | | |
| **Total Due: $8,576.66** | | **Total Received: $0.00** | | **Arrears: $8,576.66** | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $2,923.93, 1 mo. X $2,728.80
Arrears: $8,576.66

Each current monthly payment is comprised of:
    Principal and Interest:  $1,727.51
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $1,001.29  (Specify: Escrow)
    TOTAL  $2,728.80

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notice of Mortgage Payment Change: Filed 12/22/2022 effective 02/01/2023.

PRE-PETITION ARREARS: $107,926.69

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 3/14/23

Signature   Gina Miner