UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
AmeriHome Mortgage Company, LLC

In Re:
    Timothy A. Mulligan,

Debtor.



Order Filed on June 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-14677 VFP

Adv. No.:

Hearing Date:  11/3/22 @ 10:00 a.m.

Judge:  Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 7, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Timothy A. Mulligan
Case No:  22-14677 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, AmeriHome Mortgage Company, LLC, Denise Carlon appearing, upon a motion to certification of default as to real property located at 51 Tooker Avenue, Springfield, NJ, 07081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott C. Pyfer, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 19, 2023, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payment due May 2023 for a total post-petition default of $1,354.62 (1 @ $2,728.80 less suspense $1,374.18); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,354.62 shall be paid to Secured Creditor by May 31, 2023; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2023, directly to Secured Creditor's servicer, Cenlar FSB, 425 Philips, Blvd, Ewing, NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and Motion for Relief is hereby resolved.