Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−14677−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy A Mulligan
   51 Tooker Avenue
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−8273

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/07/22 and a confirmation hearing on such Plan has been scheduled for 9/1/23.

The debtor filed a Modified Plan on 6/15/23 and a confirmation hearing on the Modified Plan is scheduled for 7/20/23. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 16, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-14677-VFP

Timothy A Mulligan  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jun 16, 2023  Form ID: 186  Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy A Mulligan, 51 Tooker Avenue, Springfield, NJ 07081-1703 |
| 519655004 | + | Capital One, 1735 Morris Avenue, Union, NJ 07083-3551 |
| 519632850 | + | Center For Digestive Diseases, 695 Chestnut Street, Union, NJ 07083-7200 |
| 519667247 | | EMERG PHYS ASSOC N JERSEY, PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519655007 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light Co., 300 Madison Avenue, Morristown, NJ 07960 |
| 519655009 | + | Leigh Mulligan, 51 Tooker Avenue, Springfield, NJ 07081-1703 |
| 519655011 | + | Wells Fargo, 281 Millburn Avenue, Millburn, NJ 07041-1753 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2023 20:44:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:47:04 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519632849 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jun 16 2023 20:44:00 | AmeriHome Mortgage Company LLC, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519674109 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 16 2023 20:44:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519667247 | | Email/Text: BNCnotices@dcmservices.com | Jun 16 2023 20:44:00 | EMERG PHYS ASSOC N JERSEY, PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519632852 | ^ | MEBN | Jun 16 2023 20:38:30 | KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519679736 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 20:47:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519644494 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519683473 | | Email/Text: bankruptcy@ncaks.com | Jun 16 2023 20:44:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 519655010 | + Email/Text: bnc-quantum@quantum3group.com | Jun 16 2023 20:45:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 519648552 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2023 20:45:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519635077 | + Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519669535 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 16 2023 20:46:56 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519655003 | *+ | AmeriHome Mortgage Company LLC, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519655005 | *+ | Center For Digestive Diseases, 695 Chestnut Street, Union, NJ 07083-7200 |
| 519632851 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519655006 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519655008 | *+ | KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC unless in NH, RI, ME or Orleans Parish, LA, then use Federal Home Loan Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott C. Pyfer | on behalf of Debtor Timothy A Mulligan scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 16, 2023 | Form ID: 186 | Total Noticed: 21
TOTAL: 6