UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
AmeriHome Mortgage Company, LLC

In re:
Timothy A Mulligan, Debtor
Leigh Angela Mulligan, Co-Debtor

Case No:  22-14677 VFP

Chapter:  13

Judge:  Vincent F. Papalia

Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:  ☐ Followed  ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 21, 2023**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>AmeriHome Mortgage Company, LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 51 Tooker Avenue, Springfield, NJ 07081**

☐    Personal Property More Fully Described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 22-14677-VFP

Timothy A Mulligan                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                        Page 1 of 2
Date Rcvd: Sep 21, 2023                 Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

**Recip ID          Recipient Name and Address**
db              +   Timothy A Mulligan, 51 Tooker Avenue, Springfield, NJ 07081-1703

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                          on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                          on behalf of Creditor AmeriHome Mortgage Company  LLC unless in NH, RI, ME or Orleans Parish, LA, then use Federal Home
                          Loan Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
                          on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Marie-Ann Greenberg
                          magecf@magtrustee.com

Scott C. Pyfer
                          on behalf of Debtor Timothy A Mulligan scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

U.S. Trustee

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 21, 2023                          Form ID: pdf903                              Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6